**ORDER**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| BECKER FARM ROSELAND LLC,<br>Plaintiff,<br>v.<br>CBRE, INC.,<br>Defendants. | Case No. 2:26-cv-01125<br><br>**[redacted] ORDER REINSTATING COMPLAINT** |

**THIS MATTER** having been opened to the Court jointly by Saul Ewing LLP, attorneys for Defendant CBRE, Inc. ("CBRE"), and Allyn & Fortuna, LLP, attorneys for Plaintiff Becker Farm Roseland LLC ("Plaintiff") based upon a Joint Letter dated February 17, 2026 ("Joint Letter"); and the Court having considered the Joint Letter, the filings of record to date; and good cause having been shown;

**IT IS** on this **18**, day of **February**, 2026, hereby **ORDERED**:

1. Plaintiff's Complaint is reinstated;

2. Plaintiff's claim for punitive damages is dismissed, with prejudice; and

3. CBRE shall file an Answer to the Complaint within twenty-one (21) days of the date this Order is entered.

***/s/ Jamel K. Semper***
Honorable Jamel K. Semper, U.S.D.J.