Allyn & Fortuna LLP
Nicholas Fortuna, Esq.
Paula Lopez, Esq.
Allyn & Fortuna LLP
400 Madison Avenue, Suite 10D
New York, NY 10017
Telephone: (212) 213 8844
Facsimile: (212) 213-3318
*Attorneys for Plaintiff*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

-----------------------------------------------------------X

BECKER FARM ROSELAND, LLC

Plaintiff,

v.

CBRE, INC.

Defendant.

-----------------------------------------------------------X

Case No. 2:26-cv-01125 (JKW)(LDW):

**PLAINTIFF'S REPLY TO DEFENDANT'S COUNTERCLAIMS AND AFFIRMATIVE DEFENSES**

Plaintiff Becker Farm Roseland, LLC ("Plaintiff") responds to Defendant CBRE, Inc.'s ("Defendant's") Counterclaims as follows:

## COUNTERCLAIM

### THE PARTIES

1. Plaintiff admits the allegations contained in Paragraph "1" of Defendant's Counterclaim.
2. Plaintiff denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph "2" of Defendant's Counterclaim.

### FACTUAL BACKGROUND

3. Plaintiff admits the allegations contained in Paragraph "3" of Defendant's Counterclaim.

4. Plaintiff admits the allegations contained in Paragraph "4" of Defendant's Counterclaim to the extent that a Management Agreement was entered into between Plaintiff and Defendant on January 8, 2021 and subject to subsequent amendments.
5. Paragraph "5" of the Counterclaim purports to describe the terms of the Management Agreement. Plaintiff refers all legal questions regarding the terms of the Management Agreement and any payment obligations thereunder to the Court for interpretation.
6. Paragraph "6" of the Counterclaim purports to describe the terms of the Management Agreement. Plaintiff refers all legal questions regarding the terms of the Management Agreement and any payment obligations thereunder to the Court for interpretation.
7. Paragraph "7" of the Counterclaim purports to describe the terms of the Management Agreement. Plaintiff refers all legal questions regarding the terms of the Management Agreement to the Court for interpretation.
8. Paragraph "8" of the Counterclaim purports to describe the terms of the Management Agreement. Plaintiff refers all legal questions regarding the management services to be provided by Defendant under the the Management Agreement to the Court for interpretation.
9. Plaintiff denies the allegations of Paragraph "9" of the Countercliam except admits that the Property became vacant.
10. Plaintiff admits the allegations of Paragraph "10" of the Counterclaim.
11. Plaintiff denies the allegations of Paragraph "11" of the Countercliam except admits that the Property does not generate revenue.
12. Plaintiff denies the allegations of Paragraph "12" of the Countercliam.
13. Plaintiff denies the allegations of Paragraph "13" of the Countercliam.
14. Plaintiff denies the allegations of Paragraph "14" of the Countercliam.

15. Plaintiff denies the allegations of Paragraph "15" of the Countercliam.

16. Plaintiff denies the allegations of Paragraph "16" of the Countercliam.

17. Plaintiff denies the allegations of Paragraph "17" of the Countercliam.

18. Plaintiff denies the allegations of Paragraph "18" of the Countercliam.

**COUNT ONE**

**BREACH OF CONTRACT--ARREARS**

19. Plaintiff realleges and incorporates by reference its answers to Paragraphs "1" to "18" of the Counterclaim as if set forth herein.

20. Plaintiff denies the allegations of Paragraph "20" of the Countercliam.

21. Plaintiff denies the allegations of Paragraph "21" of the Countercliam.

22. Plaintiff denies the allegations of Paragraph "22" of the Countercliam.

As to WHEREFORE clause in Count One, Plaintiff denies that Defendant is entitled to recover the relief sought

**COUNT TWO**

**UNJUST ENRICHMENT**

23. Plaintiff realleges and incorporates by reference its answers to Paragraphs "1" to "22" of the Counterclaim as if set forth herein.

24. Plaintiff denies the allegations of Paragraph "24" of the Countercliam.

25. Plaintiff denies the allegations of Paragraph "25" of the Countercliam.

26. Plaintiff denies the allegations of Paragraph "26" of the Countercliam.

27. Plaintiff denies the allegations of Paragraph "27" of the Countercliam.

28. Plaintiff denies the allegations of Paragraph "28" of the Countercliam.

29. Plaintiff denies the allegations of Paragraph "9" of the Countercliam.

As to WHEREFORE clause in Count Two, Plaintiff denies that Defendant is entitled to recover the relief sought

**AFFIRMATIVE DEFENSES**

**FIRST AFFIRAMTIVE DEFENSE**

Defendant can not state a cognizable claim for breach of contract because it cannot demonstrate performance under the Management Agreement.

**SECOND AFFIRAMTIVE DEFENSE**

Defendant's claim for unjust enrichment is barred by the existence of an express contract.

**THIRD AFFIRAMTIVE DEFENSE**

Defendant fails to state a cause of action against Plaintiff upon which legal or equitable relief can be granted.

**FOURTH AFFIRAMTIVE DEFENSE**

Any damages allegedly sustained by Defendant, if any, are subject to offset, in whole or in part, by the damages sustained by Plaintiff as a result of Defendant's actions/inactions as alleged in the Complaint.

**FIFTH AFFIRAMTIVE DEFENSE**

Plaintiff has fully satisfied all obligations, if any, to Defendant.

**SIXTH AFFIRMATIVE DEFENSE**

Plaintiff alleges, upon information and belief, that by Defendant's own bad faith, Defendant has waived and relinquished, or is estopped from asserting and recovering every claim for relief sought in the Counterclaim.

**SEVENTH AFFIRMATIVE DEFENSE**

Defendant's first and second causes of action are barred by its own breaches.

**EIGHTH AFFIRMATIVE DEFENSE**

Defendant's first and second causes of action are barred, in whole or in part, by the doctrine of laches.

**NINTH AFFIRMATIVE DEFENSE**

Defendant has failed to exercise reasonable care or diligence to mitigate the damages alleged in its Counterclaim.

**TENTH AFFIRMATIVE DEFENSE**

Defendant's first and second causes of action are barred because any damages sustained by Defendant were caused by its own improper conduct.

**ELEVENTH AFFIRMATIVE DEFENSE**

Defendant reserve the right to assert any additional defenses that may exisit pending the completion of the discovery.

**WHEREFORE**, Plaintiff demands judgment dismissing Defendant's Counterclaims in their entirety, and entering judgment in favor of Plaintiff on its Complaint, together with costs, disbursements and attorney's fees, and such other and further relief as this court deems just and equitable.

Dated: New York, New York
March 27, 2026

ALLYN & FORTUNA, LLP

/s/*Paula Lopez*______________

By: Paula Lopez, Esq.
Nicholas Fortuna, Esq.
Attorneys for Defendants
400 Madison Avenue, Suite 10D
New York, New York 10017
(212) 213-8844
plopez@allynfortuna.com
nfortuna@allynfortuna.com

**CERTIFICATE OF SERVICE**

I, Paula Lopez, hereby certify that on March 27, 2026, I caused a true and correct copy of the foregoing Reply to Defendant's Counterclaims to be filed via the Court's CM/ECF system effectuating service on the following counsel of record:

SAUL EWING LLP
Shane P. Simon Esq.
650 College Road East, Suite 4000
Princeton, New Jersey 08540
shane.simon@saul.com
Attorneys for Defendant

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willingly false, them I may be subject to punishment.

/s/*Paula Lopez*______________
Paula Lopez, Esq/